**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kendy CARPENTER, Defendant–
Appellant.**

**No. 09–30134.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Carl E. Rostad, USGF–Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

Michael Donahoe, Esquire, FDMT–Federal Defenders of Montana Helena Branch Office, Helena, MT, for Defendant–Appellant.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

## MEMORANDUM **

Kendy Carpenter appeals from the 24–month sentence imposed following her guilty-plea conviction for bankruptcy fraud, violating the Federal False Claims Act, federal student loan fraud, and federal food stamp assistance fraud, in violation of 18 U.S.C. §§ 152(3), 287, 1001(a)(2) & (3). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Carpenter contends that the district court procedurally erred by applying an upward departure and that her sentence above the Guidelines range is substantively unreasonable. A review of record demonstrates that the district court properly considered the 18 U.S.C. § 3553(a) sentencing factors and that based on the totality of the circumstances, the sentence imposed is not substantively unreasonable. *See United States v. Vanderwerfhorst*, 576 F.3d 929, 935 (9th Cir.2009); *see also United States v. Hilgers*, 560 F.3d 944, 947–48 (9th Cir.2009).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.